RECEIVED

OCT 2 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM STAPLES, Plaintiff | CIVIL ACTION NO. 1:17-CV-328-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| USA, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the captioned matter is hereby DISMISSED as duplicative/malicious pursuant to 28 U.S.C. § 1915A, without prejudice to the prosecution of Staples's claims in the currently pending suit, 1:16-cv-01284.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 25th day of October, 2017.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE